UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Jewels of Lake Forest, LLC
                Plaintiff,

v.                                   Case No.: 1:07–cv–06819
                                   Honorable Rebecca R. Pallmeyer

Lynne Novak
                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Martin C. Ashman for the purpose of holding proceedings related to: settlement conference. (etv, )Mailed notice.

Dated: February 6, 2008

                                                                  /s/ Rebecca R. Pallmeyer

                                                                  United States District Judge