## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6819 | **DATE** | 2/6/2008 |
| **CASE TITLE** | Jewels of Lake Forest, LLC vs. Lynne Novak | | |

**DOCKET ENTRY TEXT**

Status hearing held on 2/6/2008. Absent an agreement to waive service, Plaintiff is directed promptly to serve process on Defendant. Status hearing set for 4/7/2008 at 9:00. Referral to Magistrate Judge Ashman for a settlement conference.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|