Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6819 | **DATE** | 4/7/2008 |
| **CASE TITLE** | Jewels of Lake Forest, LLC vs. Lynne Novak | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/7/2008.  Defendant Novak is expected promptly to appear through counsel.  Date to answer or otherwise plead is continued generally pending settlement conference before Magistrate Judge Ashman.  Status hearing set for 6/20/2008 at 9:00 a.m.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|