# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                Case 07 C 6819

Jewels of Lake Forest, LLC, Plaintiff     Judge Pallmeyer

v            Magistrate Ashman

Lynne Novak, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lynne Novak

**FILED**
JUN 06 2008  EA
JUN 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SIGNATURE | /s/ Thomas L. Burdelik |
| FIRM | Thomas L. Burdelik |
| STREET ADDRESS | 55 W. Monroe Suite 2825 |
| CITY/STATE/ZIP | Chicago IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6187446 | TELEPHONE NUMBER (312) 641-3346 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |