# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6819 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Jewels of Lake Forest, LLC vs. Lynne Novak | | |

**DOCKET ENTRY TEXT**

Enter stipulated permanent injunction and order of dismissal. This action is dismissed with prejudice with the parties having their own costs. This court or its successor shall, however, retain jurisdiction to enforce this order and the confidential settlement agreement between the parties. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



FILED
2008 JUN 25 PM 3:45
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|